UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Litasha A. Banks, | Civ. No. 22-1514 (PAM/ECW) |
| Plaintiff, | |
| v. | ORDER |
| Cavalry SPV I, LLC, | |
| Defendant. | |

This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Docket No. 11.)

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   July 20, 2022

*s/Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge